ORIGINAL

RECEIVED
OVER THE COUNTER
JAN 28 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Thomas Stine

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

RECEIVED
OVER THE COUNTER
JAN 29 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Name of the attorney of record (See RCFC 83.1(c)): Michael D.J. Eisenberg

Firm Name: Law Office of Michael D.J. Eisenberg...

Post Office Box:

Street Address: 700 12th Street, NW, Suite 700

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: 202 558-6371/202 403-3430

08-63 C

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 5 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Back pay, correction of records, and reinstratement

Agency Identification Code: N A V

See attached sheet for three-digit codes.

Amount Claimed: $<$10,000

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.