IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-63C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John S. Groat, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

John S. Groat
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11050
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 616-8260
Fax: (202) 514-7965
E-mail: Jack.Groat@usdoj.gov

Dated: March 6, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of March, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat