IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-63 C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims (RCFC), Defendant, the United States, respectfully requests a 60-day enlargement of time, to and including May 16, 2008, within which to file its response to the complaint. Our response is currently due on March 30, 2008, and this is defendant's first request for an enlargement of time for this purpose. In a electronic mail message, Mr. Stine's counsel authorized counsel to state the Mr. Stine does not oppose the Court's granting this request.

At this time, the Government has no basis upon which to respond to the allegations in the complaint, in which Mr. Stine alleges that he was improperly separated form the Navy and is entitled to disability compensation. Upon receipt of the complaint, counsel contacted the cognizant Navy counsel and requested the relevant administrative records. The Navy has ordered Mr. Stine's Board of

Corrections for Naval Records (BCNR) file, his Official Military Personnel File (OMPF), his Physical Examination Board (PEB) file, and Service Medical Records, and his records maintained by the Department of Veteran's Affairs. Different offices must locate and copy the requested records. Based upon the experience of Navy counsel, assembling Mr. Stine's records will require at least 30 days. The additional time is necessary to allow sufficient time for Government counsel to review the administrative record, to provide plaintiff's counsel copies of the relevant records, and to prepare the Government's response to the complaint.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion for an enlargement of time, to and including May 16, 2008, within which for the Government to file its response to the complaint.

Respectfully submitted,

OF COUNSEL:

LCDR Marc S. Brewen
JAGC, USN
Office of the Judge Advocate General

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Kirk T. Manhardt
Assistant Director

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

March 18, 2008

CERTIFICATE OF FILING

I hereby certify that on the 18th day of March, 2008, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat