# In the United States Court of Federal Claims

| | |
|---|---|
| THOMAS STINE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-63 C<br><br>Filed May 9, 2008 |

**ORDER**

On May 9, 2008, defendant filed a consent motion for enlargement of time to file its response to the complaint (docket entry 6). Because both parties consent to the motion, the Court hereby **GRANTS** the motion. Defendant shall file its response to the complaint not later than **Tuesday, July 15, 2008**.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge