IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-63 C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, the United States, respectfully requests a 30-day enlargement of time, to and including August 15, 2008, within which to file its response to the complaint. The Government's response is currently due on July 15, 2006, and this is defendant's third request for an enlargement of time for this purpose, the Court previously having granted two requests of 60 days for the same purpose. In a electronic mail message, Mr. Stine's counsel authorized counsel to state that Mr. Stine does not oppose the Court's granting this request.

At this time, the Government has insufficient basis upon which to respond to the allegations in the complaint. Mr. Stine alleges that he was improperly separated from the Navy and is entitled to disability compensation. Upon receipt of the complaint, Government counsel contacted the cognizant Navy counsel and

requested the relevant administrative records. The requested records include Mr. Stine's Board for Correction of Naval Record's ("BCNR") file, his Official Military Personnel File ("OMPF"), his Physical Examination Board ("PEB") file, his Service Medical Records, and his Department of Veteran's Affairs ("VA") medical records.

The Navy first requested Mr. Stine's VA medical records on March 11, 2008. Navy counsel has confirmed that three volumes of Mr. Stine's medical records are maintained at a VA office in San Diego, California, and that there may be additional medical records maintained by individual VA Medical Centers where Mr. Stine may have received treatment between June 25, 1979, and January 22, 1986, and after his discharge from active duty on January 31, 2002. The VA initially refused to provide the Navy records pursuant to regulatory provision providing for the release of documents for the purpose of defensive litigation. The VA then refused to recognize an authorization Mr. Stine provided through his counsel and, after receipt of a second authorization, failed to provide the records as requested. The Navy contacted VA supervisory personnel and received tentative assurances that Mr. Stine's records are being copied and will be forwarded. Upon receipt of the records, counsel will review the records and provide a copy to plaintiff's counsel in an effort to ensure the completeness of the VA records. The

additional time requested is necessary to allow sufficient time for Government counsel to assemble and to review the relevant records, to provide plaintiff's counsel copies of the relevant records, and to prepare the Government's response to the complaint.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion for an enlargement of time, to and including August 15, 2008, within which for the Government to file its response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Kirk T. Manhardt
Assistant Director

OF COUNSEL:
LCDR Marc S. Brewen
JAGC, USN
Office of the Judge
Advocate General

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

July 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 3, 2008, a copy of the foregoing DEFENDANT'S THIRD UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John S. Groat