# In the United States Court of Federal Claims

| | |
|---|---|
| THOMAS STINE, Plaintiff, v. THE UNITED STATES, Defendant. | No. 08-63 C<br>Filed July 7, 2008 |

## ORDER

On July 3, 2008, defendant filed a consent motion for enlargement of time to file its response to the complaint (docket entry 8). Because both parties consent to the motion, the Court hereby **GRANTS** the motion. Defendant shall file its response to the complaint not later than **Friday, August 15, 2008**.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge