IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-63 C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FOURTH UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant, the United States, respectfully requests a 30-day enlargement of time, to and including September 15, 2008, within which to file its response to the complaint. The Government's response is currently due on August 15, 2008, and this is defendant's fourth request for an enlargement of time for this purpose, the Court previously having granted two requests of 60 days and one request for 30 days for the same purpose. In a electronic mail message, Mr. Stine's counsel authorized counsel to state that Mr. Stine does not oppose the Court's granting this request.

At this time, the Government has insufficient basis upon which to respond to the allegations in the complaint. Mr. Stine alleges that he was improperly separated from the Navy and is entitled to disability compensation. Upon receipt

of the complaint, Government counsel contacted the cognizant Navy counsel and requested the relevant administrative records. The requested records include Mr. Stine's Board for Correction of Naval Record's ("BCNR") file, his Official Military Personnel File ("OMPF"), his Physical Examination Board ("PEB") file, his Service Medical Records, and his Department of Veteran's Affairs ("VA") medical records.

As detailed in our prior requests for enlargements of time, assembling the VA administrative records in this case has been extraordinarily difficult. The Navy first requested Mr. Stine's VA medical records on March 11, 2008. The Navy finally received what it believes to be all those records on July 20, 2008. The Navy presently is scanning copies of those records and expects to forward a copy to Mr. Stine's counsel and Government counsel shortly.

The additional time requested is necessary to allow sufficient time for Government counsel to assemble and to review the relevant records, to provide plaintiff's counsel copies of the relevant records, and to prepare the Government's response to the complaint.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion for an enlargement of time, to and including September 15, 2008, within which for the Government to file its response to the complaint.

Respectfully submitted,

Gregory G. Katsas
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Kirk T. Manhardt
Assistant Director

OF COUNSEL:
LCDR Marc S. Brewen
JAGC, USN
Office of the Judge
Advocate General

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

August 12, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that onAugust 12, 2008, a copy of the foregoing DEFENDANT'S FOURTH UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/John S. Groat