# In the United States Court of Federal Claims

| | | |
|---|---|---|
| THOMAS STINE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-63 C<br><br>Filed August 12, 2008 |

## ORDER

Before the Court is defendant's unopposed motion for enlargement of time to file its response to the complaint (docket entry 10), filed August 12, 2008. Plaintiff filed his complaint on January 29, 2008, and since then defendant has sought and been granted three extensions of time to file a response, each time because it encountered difficulty obtaining Department of Veterans Affairs medical records that it contends are necessary to its response. Defendant's response, which was originally due March 31, 2008, is currently due August 15, 2008, and defendant now seeks to extend the due date yet again, this time to September 15, 2008, for the same reason. The Court is concerned that, in light of the difficulty defendant has had obtaining plaintiff's medical records and the significant enlargement of time required for defendant to respond to plaintiff's complaint, some degree of intervention may be warranted. Accordingly, the Court hereby **ORDERS** the following:

1. Defendant's response to the complaint is no longer due by August 15, 2008.

2. The parties shall participate with the Court in a telephonic status conference at **10:00 a.m. on Tuesday, August 19, 2008**, for the purpose of determining how long defendant requires to complete its investigation and file a response to plaintiff's complaint, and for the purpose of determining what actions, if any, the parties and the Court can take to expedite the process. The Court will initiate the call.

3. Defendant shall ensure that representatives of any agencies involved in the process of obtaining plaintiff's medical records, including but not necessarily

limited to the Department of Justice, the Navy, and the Department of Veterans Affairs, are available at the status conference. No later than **5:00 p.m. on Monday, August 18, 2008**, defendant shall call chambers to inform the Court of the names of participants other than counsel of record for defendant who will be participating, and to inform the Court of the telephone numbers at which those participants can be reached.

4. The Court anticipates setting a due date for defendant's response to the complaint during the August 19 status conference. The Court does not anticipate that any extensions to this date will be necessary, nor will they be granted without a showing of good cause.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge