# In the United States Court of Federal Claims

| | |
|---|---|
| THOMAS STINE,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-63 C<br>Filed August 19, 2008 |

**ORDER**

Pursuant to the Court's order of August 14, 2008, the parties participated with the Court in a telephonic status conference on Tuesday, August 19, 2008. In addition to counsel of record for the parties, representatives of the Department of Veterans Affairs ("VA") and of the Navy also participated, as requested by the Court. Counsel for defendant described the chronology of events leading to defendant's numerous requests for extensions of time to respond to plaintiff's complaint, which was filed January 29, 2008. The VA representatives described their plan to complete an "after action report" in order to identify any changes in the VA's procedures and/or legal guidance that may appear warranted in order to assure prompt processing of requests by DOJ and/or the military departments for disclosure of VA medical records for the purpose of permitting DOJ and the relevant military departments to review and make use of such records in evaluating (and where appropriate defending) claims against the Government by present or former members of the armed forces of the United States. The Court commended the VA for undertaking such an effort and encouraged the VA representatives to share their conclusions with the DOJ and the military departments.

The Court also invited counsel of record to briefly explain their client's positions in the pending litigation. In that regard, plaintiff described his claim that the Navy rated plaintiff's disability at an unduly low level incident to his discharge as unfit for duty. The Government indicated it was considering asking a medical expert to review plaintiff's medical records and offer an expert opinion on the validity of plaintiff's claim. The Government also indicated it was considering filing a motion to remand plaintiff's claim to the Board for Correction of Naval Records.

In view of the foregoing the Court granted defendant's motion for an extension of time to respond to plaintiff's complaint and **ORDERED** that defendant's response shall be due no later than **Monday, September 15, 2008.** The Court also **FURTHER ORDERED** that counsel of record, and agency counsel as necessary, shall participate in a further telephonic status conference on **Friday, September 5, 2008, at 10 a.m.** The principal purpose of that status conference will be to discuss when and how the Government intends to respond to plaintiff's complaint (assuming it has not already done so before September 5). Counsel for defendant shall advise chambers at least 24 hours before the status conference of the names and phone numbers of the other participants, if any, on behalf of defendant. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge