# In the United States Court of Federal Claims

THOMAS STINE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-63 C

Filed September 5, 2008

## ORDER

Pursuant to the Court's order filed August 19, 2008 (docket entry 14), the Court and the parties participated in a telephonic status conference on September 5, 2008. Counsel described the status of the parties' efforts to obtain and analyze plaintiff's service and treatment records, as well as other relevant documents. Counsel for defendant indicated that the Government expected to respond to the plaintiff's complaint by filing within 30 days either a motion to remand to the Board for Correction of Naval Records or a motion for judgment on the administrative record. Counsel for plaintiff expressed no objection to the timing of the Government's anticipated motion, but counsel did indicate that plaintiff would oppose any such motion. After further discussions with counsel, the Court **ORDERS** that defendant shall respond to plaintiff's complaint on or before **Monday, October 6, 2008**. No further extensions should be anticipated.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge