IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-63 C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES
FOR A PROTECTIVE ORDER

Defendant, upon behalf of the parties, respectfully requests that this Court issue the appended protective order to permit the parties to submit filings under seal. Mr. Stine's counsel reviewed this motion and authorized Government counsel to state that Mr. Stine joins in this motion.

As discussed at the September 5, 2008 status conference, anticipated filings in this case will contain sensitive personal and medical information. Government counsel understands that Mr. Stine desires that his sensitive personal and medical information remain private. Given the nature of these filings, the Government believes that Mr. Stine's privacy interests outweigh the general public interest in open proceedings.

For the reasons stated above, the parties request that the Court enter an order to permit filings designated as FILED UNDER SEAL to be filed under seal

and that such filings shall remain under seal absent further order of the Court. A proposed order is appended.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Kirk T. Manhardt
Assistant Director

OF COUNSEL:
LCDR Marc S. Brewen
JAGC, USN
Office of the Judge
Advocate General

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

September 16, 2008

Attorneys for Defendant

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-63 C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PROTECTIVE ORDER

Based upon the parties' representations in moving for the entry of this order, the Court orders that

(1) the parties may submit filings designated by the parties as FILED UNDER SEAL under seal, and

(2) filings designated by the parties as FILED UNDER SEAL shall remain under seal absent further order of the Court.

------------------------

CERTIFICATE OF FILING

I hereby certify that on September 16, 2008, a copy of the foregoing DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES FOR A PROTECTIVE ORDER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John S. Groat