# In the United States Court of Federal Claims

| | | |
|---|---|---|
| THOMAS STINE, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 08-63 C<br>Filed September 17, 2008 |

**ORDER**

On September 16, 2008, defendant filed a Motion upon Behalf of the Parties for a Protective Order. Defendant's motion is GRANTED. The Court will enter the protective order by a separate order this date.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge