# In the United States Court of Federal Claims

| | | |
|---|---|---|
| THOMAS STINE, | ) | |
| Plaintiff, | ) | No. 08-63 C |
| v. | ) | Filed September 17, 2008 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PROTECTIVE ORDER**

Based upon the parties' representations in moving for the entry of this order, the Court orders that:

(1) the parties may submit filings designated by the parties as FILED UNDER SEAL under seal, and may file such documents under the Court's electronic case filing system using the appropriate activity listed in the "SEALED" documents menu;

(2) filings designated by the parties as FILED UNDER SEAL shall remain under seal until further order of the Court; and

(3) upon conclusion of this action, the Court will retain materials that have been filed with the Court under seal pursuant to Rule 77.3(d) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge